RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

2014 JUL 23 A 9:0F

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

2:14-cv-697-WKW

Gonzales HARGROVE

Inmate Identification Number: 158373

2828 AL Hwy 143 (Dorm B1-18-B

Elmore, AL 36025 Draper Corr Facility

(Enter above the full name(s) of the plaintiff(s)
in this action)

vs.

Kim T. Thomas Commission

Alabama Department of Corrections

301 South Ripley ST

Montgomery, AL 36130

(Enter above full name(s) of the defendant(s)
in this action)

**NOTICE TO FILING PARTY**

*It is your responsibility to notify the clerk in writing of any address change. Failure to notify the clerk may result in dismissal of your case without further notice.*

I. Previous lawsuits

  A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
   Yes ( )     No ( ✓ )

  B. If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit:

    Plaintiff(s): _____

    Defendant(s): _____

2. Court (if Federal Court, name the district; if State Court, name the county) _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement   Draper Corr. Facility

A. Is there a prisoner grievance procedure in this institution?
   Yes ( )    No ( ✓ )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes ( )    No ( ✓ )

C. If your answer is YES:

   1. What steps did you take? _____

   2. What was the result? _____

D. If your answer is NO, explain why not?   Because I'm no longer at Limestone correction Facility

2

III. Parties

In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) Gonzales HARGROVE
Draper Corr Facility (Dorm B1-18-B)
Address 2828 AL Hwy 143
Elmore, AL 36025

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant KIM T Thomas
is employed as Commission
at ALABAMA Department of Corrections

C. Additional Defendants _____

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

My complaint is that i was segregate from the time i enter Limestone Corr Facility of March of 2006 to 2009 between that time i arrive there i was being violated because of my (HIV status) I was ineligibility for transfer to any other Facility also barred from other dorms. I could not even enter or go to the Kitchen simple because of me being (HIV positive) I the plaintiff argur

3

Injuries due to my (HIV) status also as well. As my confidentiality by making us were arm Bands that were a certain color and we were mentioned ever were we went. to the canteen, gym, HCU. even to the point when i came up for parole. i had to inform my parents of my (status) I had to pay parole fees. Money I did't have I was Force to pay. 30 dollars a month for 10 months on parole. we could not have vist with population. Food brought on a hot cart to us.

## V.  RELIEF

State briefly <u>exactly</u> what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like for the state to reinbrust me for forcing me to pay parole for ten months. For the mental state of mind. I had to go through by living in fear and being locked down like a dog. also my confidentiality expose. also for crul and unsual puishment

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.

*Gonzales Hargrove*
Signature(s)

4

GONZALES HARGROVE #158373
Draper Corr Facility
Dorm B-1-18-B
2828 AL HWY 143
Elmore, AL 36025

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication"

LEgal
Mail



U.S. POSTAGE >> PITNEY BOWES
ZIP 36025 $ 000.69⁰
02 1W
0001378921 JUL. 22. 2014.

Office of the Clerk
States District Court
Church St Suite B-110
Montgomery, AL 36104-4018

361043999